UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BONNIE BURDETT, in individual and representative capacity as trustee; CROWS LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 5:16-CV-07113-NC<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), Defendants Bonnie Burdett and Crows, LLC are hereby ordered dismissed with prejudice.

Dated: May 9, 2017

HONORABLE NATHANAEL
UNITED STATES
JUDGE

GRANTED
Judge Nathanael M. Cousins

1

Joint Stipulation for Dismissal      Case: 5:16-CV-07113-NC